UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 4:19-CR-00087 |
| | ) | |
| | ) | (BRANN, D.J.) |
| | ) | |
| v. | ) | (ARBUCKLE, M.J.) |
| | ) | |
| NIGEL BROADUS, | ) | |
| Defendant | ) | |

**ORDER**

**AND NOW, this 7ᵗʰ day of April, 2020,** in accordance with the accompanying Memorandum of this date, **IT IS HEREBY ORDERED** that the Defendant's Motion For Immediate Release From Detention (Doc. 29) is **DENIED**.

Dated: April 7, 2020

BY THE COURT

*s/William Arbuckle*
William Arbuckle
U.S. Magistrate Judge