# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:19-CR-00087 |
| v. | (Judge Brann) |
| NIGEL BROADUS, | |
| Defendant. | |

## ORDER

**AND NOW**, this 8th day of May 2020, in accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Magistrate Judge William Arbuckle's Memorandum Opinion (Doc. 35) is **ADOPTED AS MODIFIED** by the Memorandum Opinion accompanying this instant Order.

2. Defendant Nigel Broadus's Motion for Reconsideration of this Honorable Court's Order of April 7, 2020 (Doc. 37) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge